UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| PASTOR JERRY JOSEPH DUWENHOEGGER, SR., | Case No. 10-CV-3965 (PJS/JSM) |
| Plaintiff, | |
| v. | |
| JOHN R. KING, STEVEN HAMMER, MICHELLE L. SMITH, MARY M. MCCOMB, GREGORY J. LINDELL, RICHARD D. WILSON, DAVID REISHUS, SHERYL L. VEZNER, JONATHON P. WEISS, DEBORAH SCHADEGG, JEFF L. AMBERG, DEBORAH A. GARBISON, SCOTT A. BEHRENDS, LANA K. JENSEN, DAVID S. LOETSCHER, CHRISTOPHER D. CHUTE, PAUL D. HOFLUND, JOSEPH HOBSON, MICHAEL S. GREEN, BRUCE W. JULSON, LISA S. RUDEEN, JUNE E. LIND, SHANNON REIMANN, CHRISTOPHER SEIDLER, JOHN SOFIE, NICHOLAS DUFFY, SUSAN M. ARMSTRONG, SEAN C. KELLY, COURTNEY FELDA, JENNY M. CARUFEL, LEIGH C. MCCOY, ANDREW LIEFFORT, DAVID R. CRIST, JOAN M. FABIAN, KENT GRANDLIENARD, MICHAEL F. ROGOSHESKE, JOE DUROCHER, BARB STOLTZ, DANIEL KELLEY, JOHN C. HILLYARD, MARGARET THRON, RICHARD S. PUNG, and ROGER J. BABURAM, | ORDER |
| Defendants. | |

---

Pastor Jerry Joseph Duwenhoegger, Sr., pro se.

In an order dated March 18, 2011, the Court resolved various procedural problems related to plaintiff Jerry Joseph Duwenhoegger, Sr.'s complaint.  The Court identified the amended complaint docketed by the Court on March 16, 2011 as the operative complaint in this matter, and referred the matter back to Magistrate Judge Janie S. Mayeron for further proceedings.

Judge Mayeron reviewed the amended complaint in accordance with 28 U.S.C. § 1915A and the Court's March 18, 2011 order.  Judge Mayeron issued a Report and Recommendation ("R&R") dated April 27, 2011 in which she recommends dismissing under 28 U.S.C. § 1915A(b) Duwenhoegger's claims against six defendants: (1) Michelle L. Smith, (2) Bruce W. Julson, (3) Barb Stoltz, (4) Kent Grandlienard, (5) Joe Durocher, and (6) Margaret Thron.

Under D. Minn. LR 72.2(b) and the terms of the R&R itself, Duwenhoegger was given until May 11, 2011 to file and serve specific, written objections to the R&R.  Duwenhoegger filed three separate documents between May 10 and May 12, but none of those documents includes any objections to the R&R.  *See* Mot. Restraining Order [Docket No. 50]; Mot. Emergency Prot. Order [Docket No. 51]; Letter [Docket No. 52].  Because Duwenhoegger has not objected to Judge Mayeron's R&R, the Court adopts it.

Based on the foregoing and on all of the files, records, and proceedings herein, the Court ADOPTS Judge Mayeron's April 27, 2011 R&R [Docket No. 48].  Accordingly, IT IS HEREBY ORDERED THAT plaintiff's claims against the following defendants are DISMISSED WITH PREJUDICE:

1.      Michelle L. Smith;

2.      Bruce W. Julson;

3.      Barb Stoltz;

4.      Kent Grandlienard;

5.      Joe Durocher; and

6.      Margaret Thron.

Dated:  May 27, 2011                          s/Patrick J. Schiltz
                                              Patrick J. Schiltz
                                              United States District Judge