UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JERRY J. DUWENHOEGGER, SR.,            CIVIL NO.10-3965 (PJS/JSM)

    Plaintiff,

v.                                                                            <u>ORDER</u>

JOHN KING, et al.,

    Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated February 13, 2012. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1.     Plaintiff's Motion for a Restraining Order [Docket No. 50] is DENIED;

2.     Plaintiff's Motion for a Protective Order [Docket No. 51] is DENIED;

3.     Plaintiff's Motion for Declaratory Judgment [Docket No. 78] is DENIED; and

4.     Plaintiff's Motion for Protective Order [Docket No. 88] is DENIED.

Dated: 04/30/12

                                                    s/Patrick J. Schiltz
                                                    PATRICK J. SCHILTZ
                                                    United States District Judge