UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JERRY J. DUWENHOEGGER, SR.,　　　　　　　　　　CIVIL NO. 10-3965 (PJS/JSM)

　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　REPORT AND RECOMMENDATION

CHRISTOPHER D. CHUTE,
JUNE E. LIND, and
JOAN M. FABIAN,

　　Defendants.

The Third Amended Complaint in this case was filed on April 18, 2012. When no answer was filed on behalf of the above named defendants or other appearance made by them within the time required by the rules, the Court issued an Order on February 21, 2013, which by its terms required plaintiff to take certain action. To date, plaintiff has not complied with the terms of that Order.

## RECOMMENDATION

Based upon the foregoing, IT IS RECOMMENDED that the Court issue an Order dismissing this case against defendants Christopher D. Chute, June E. Lind and Joan M. Fabian for lack of prosecution.

Dated:　　　March 25, 2013

　　　　　　　　　　　　　　　　　　　　*s/ Janie S. Mayeron*
　　　　　　　　　　　　　　　　　　　　JANIE S. MAYERON
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Under D. Minn. LR 72.2(b) any party may object to this Report and Recommendation by filing with the Clerk of Court, and serving all parties by **April 8, 2013**, a writing which specifically identifies those portions of this Report to which objections are made and the

basis of those objections. A party may respond to the objecting party's brief within fourteen days after service thereof. All briefs filed under this Rules shall be limited to 3500 words. A judge shall make a de novo determination of those portions to which objection is made. This Report and Recommendation does not constitute an order or judgment of the District Court, and it is therefore not appealable directly to the Circuit Court of Appeals.