UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JERRY J. DUWENHOEGGER, SR.,                       CIVIL NO. 10-3965 (PJS/JSM)

    Plaintiff,

v.                                                                              <u>ORDER</u>

CHRISTOPHER D. CHUTE,
JUNE E. LIND and
JOAN M. FABIAN,

    Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated March 25, 2013. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that this action is dismissed against defendants Christopher D. Chute, June E. Lind and Joan M. Fabian.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 04/12/13

                                                             s/Patrick J. Schiltz
                                                             PATRICK J. SCHILTZ
                                                             United States District Judge